UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**ALFONSO RIZZUTO, JR.,** :

    **Plaintiff** :

                         **CIVIL ACTION NO. 3:14-0020**

**v.** :

                         **(JUDGE MANNION)**

**JOHN E. WETZEL, et al.,** :

    **Defendants** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Poulis v. State Farm Fire and Casualty Co., 747 F.2d 863, 868 (3d Cir. 1984).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: September 29, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0020-01-ORDER.wpd